

# Fourth Court of Appeals
## San Antonio, Texas

September 22, 2016

No. 04-15-00482-CV

**IN RE ESPERANZA HUGHES**,

From the 79th Judicial District Court, Jim Wells County, Texas
Trial Court No. 15-03-54382-CV
Honorable Richard C. Terrell, Judge Presiding

# O R D E R

Appellee's motion for leave to exceed word limit in connection with its motion for rehearing is hereby GRANTED.

It is so **ORDERED** on September 22, 2016.

PER CURIAM

ATTESTED TO: _____
Keith E. Hottle
Clerk of Court